## IN RE ZIPKIN.

No. 288.   Argued March 28–29, 1962.—Decided April 2, 1962.

Reported below: —— S. W. 2d ——.

*Heywood H. Davis* argued the cause for petitioner. With him on the brief was *William J. Burrell*.

*Richmond C. Coburn* argued the cause for respondent. With him on the brief was *Alan C. Kohn*.

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS dissent.

## CROSS ET AL. *v.* FLORIDA.

No. 425.   Decided April 2, 1962.

*A. K. Black* for appellants.

*Richard W. Ervin,* Attorney General of Florida, and *George R. Georgieff,* Assistant Attorney General, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.